| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 24-12307<br>District of Maryland<br>Baltimore<br>Mon Jun  3 18:54:42 EDT 2024 | Consumer Portfolio Services, Inc.<br>Amy K Kline Law<br>35 Franklin Boulevard<br>Reisterstown, MD 21136-3250 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 |
| Affirm, Inc.<br>Attn: Bankruptcy<br>30 Isabella St, Floor 4<br>Pittsburgh, PA 15212-5862 | American Education Services<br>Attn: Bankruptcy<br>PO Box 2461<br>Harrisburg, PA 17105-2461 | Belinda Smith<br>1818 Academy Ave<br>Owings Mills, MD 21117 |
| (p)BROCK & SCOTT  PLLC<br>6701 CARMEL ROAD SUITE 315<br>CHARLOTTE NC 28226-4035 | Caliber Home Loans<br>Attn: Bankruptcy<br>P.O. Box 24610<br>Oklahoma City, OK 73124-0610 | Capital One<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One/SaksFirst<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Citibank/Best Buy<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040<br>St Louis, MO 63179-0040 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | Consumer Portfolio Services, Inc.<br>Attn: Bankruptcy<br>PO Box 57071<br>Irvine, CA 92619-7071 |
| Cornerstone<br>Po Box 82561<br>Lincoln, NE 68501-2561 | Cws/cw Nexus<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | (p)BALTIMORE COUNTY OFFICE OF LAW<br>400 WASHINGTON AVENUE<br>2ND FLOOR<br>TOWSON MD 21204-4606 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First Progress<br>Attn: Bankruptcy<br>PO Box 9053<br>Johnson City, TN 37615-9053 | Freedom Mortgage / Attn: Bankruptcy Departme<br>11988 Exit 5 Pkwy., Bldg. 4<br>Fishers, IN 46037-7939 |
| Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, Indiana 46037-9764 | Freedom Mortgage Corporation<br>Attn: Bankruptcy Attn: Bankruptcy<br>907 Pleasant Valley Ave , Ste 3<br>Mt Laurel, NJ 08054-1210 | KATZEN MEDICAL ASSOCIATES<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 |
| (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Navy FCU<br>Attn:  Bankruptcy<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Cr Union<br>Attn: Bankruptcy<br>PO Box 3000<br>Merrifield, VA 22119-3000 |

| | | |
|---|---|---|
| Navy Federal Credit Union<br>P.O BOX 3000<br>MERRIFIELD, VA 22119-3000 | Nelnet<br>Attn: Claims<br>P.O. Box: 82505<br>Lincoln, NE 68501-2505 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | SANTANDER CONSUMER USA<br>P. O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Supervisor of Delin. Accts.<br>Abel Wolman Municipal Building<br>200 Holliday Street- Room #1 Bankruptcy<br>Baltimore, MD 21202-6295 | Synchrony Bank<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| The Law Offices of Kim Parker, P.A.<br>2123 Maryland Avenue<br>Baltimore, MD 21218-5614 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | U.S. Department of Education c/o Nelnet<br>US Department of Education c/o Nelnet<br>121 South 13th Street<br>Lincoln, NE 68508-1904 |
| (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 | Upstart<br>Attn: Bankruptcy<br>PO Box 1503<br>San Carlos, CA 94070-7503 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 | Brian A. Tucci<br>Brian A. Tucci, Chapter 13 Trustee<br>P.O. Box 1110<br>Millersville, MD 21108-4110 | Kim D. Parker<br>Law Offices of Kim Parker, PA<br>2123 Maryland Ave<br>Baltimore, MD 21218-5614 |
| Ryan A. Smith<br>818 Academy Ave<br>Owings Mills, MD 21117-2102 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Brock and Scott, PLLC<br>Attorneys at Law<br>3825 Forrestgate Dr.,<br>Winston-Salem, NC 27103 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Deputy County Attorney<br>Baltimore County Office of Law<br>400 Washington Avenue, 2nd Floor<br>Towson, MD 21204 |
| LENDMARK FINANCIAL SERVICES, LLC<br>2118 USHER STREET<br>COVINGTON, GA 30014 | (d)Lendmark<br>2118 Usher St.<br>Covington, GA 30014 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |

| | | |
|---|---|---|
| (d)Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy 120 Corporate Boulevard<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Tidewater Finance Company<br>Attn: Bankruptcy 6520 Indian River Rd<br>Virginia Beach, VA 23464 |
| U.S. Department of Housing and Urban Develop<br>801 Market Street<br>Philadelphia, PA 19107 | Wyndham Vacation Ownership<br>Attn: Bankruptcy<br>P.O. Box 98940<br>Las Vegas, NV 89139-8940 | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     0<br>Total                  48 |